AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| NATHAN MADSEN | ) | Case No. 8:16-MJ-1121-T-EAJ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 3, 2016 to Present _____ in the county of _____ Hillsborough _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a) | Sex trafficking of a minor (patronizing and soliciting a minor for sex). |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Hitchcock, SA, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/4/16

_____
*Judge's signature*

City and state: _____ Tampa, Florida _____

ELIZABETH A. JENKINS, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jason Hitchcock, having been duly sworn, depose and state as follows:

### Introduction

1.      I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been since October 2009. I am currently assigned to the Office of the Special Agent in Charge, Tampa, Florida. As a federal agent, I completed a twenty-six week academy, which certified me as a criminal investigator. Before becoming a Special Agent, I worked as a Military Police Officer in the United States Marine Corps. I hold a Bachelor's degree in criminal justice from Florida Atlantic University.

2.      As a Special Agent with HSI, I am a federal law enforcement officer as described in Title 18, United States Code, Section 2510(7). As such, I am responsible for investigating and enforcing violations of federal law. I am assigned to a group responsible for investigating matters involving the exploitation of children, particularly in relation to violations of Title 18, United States Code, Section 1591, which criminalizes sex trafficking of juveniles. I have been directly involved in federal investigations and have assisted other agents in conducting investigations, including but not limited to joint, interagency investigations. In my investigative experience, I have conducted physical surveillance, executed search warrants, reviewed recordings, interviewed witnesses, victims, and worked with cooperating individuals.

3.      This affidavit is submitted in support of a criminal complaint charging Nathan MADSEN for violations of federal law, namely, 18 U.S.C. § 1591(a), sex trafficking of a minor (soliciting and patronizing a minor for sex). Because this affidavit

is being submitted in support of a criminal complaint, I have not included each and

every fact known to me concerning this investigation. Rather, I have set forth only the

facts that I believe are necessary to establish probable cause that Nathan MADSEN

has committed a violation of the above-referenced statute.

### Background and Summary of Investigative Findings Relevant to Affidavit

4.      On March 3, 2016, a Homeland Security Special Agent acted in an

undercover capacity (hereinafter "UC"), using the name "Nick." Nick posed as a

boyfriend looking for individuals willing to pay to have sex with his girlfriend's fourteen

year old daughter. The UC posted an online personal ad on a particular website, known

by law enforcement to advertise minors for prostitution.



The undercover ad was place in the "escorts" section. The ad included two images of an

eighteen year old female and a UC phone number.

5.      On March 3, 2016, after posting the undercover prostitution ad, an HSI

Agent, communicating on behalf of the UC, received a response from an individual

using phone number ████2617. The user was later identified as Nathan A.

MADSEN. MADSEN called the UC phone number. An HSI agent directed MADSEN to

send "txt only." MADSEN responded via text with, "Okay. Are you the USF girls?" An

2

HSI agent communicated with MADSEN via text message indicating an eighteen year old and her younger sister were available.  MADSEN expressed his interest in having sex with the "younger of the two," the UC's girlfriend's notional daughter.  An HSI agent communicated $140 for "hh" (half hour) for the fourteen year old.  MADSEN stated that he wanted to engage in "back door Watersports" with the 14 year old and "Always use protection."  An excerpt of the chats are provided below:

**March 3, 2016:**

(MADSEN)  7:49 PM          [VOICEMAIL]

(UC) 7:50 PM                    txt only

(MADSEN)  7:51 PM          Okay. Are you the USF girls?

(MADSEN) 7:52 PM           Sisters? Or just BFFs

(UC) 7:52 PM                    18yo n younger sis

(MADSEN) 7:53 PM           Excellent. Where are you located?

(UC) 7:54 PM                    tampa who u want?

(MADSEN) 7:54 PM            I'm 35, white Can travel to you

(MADSEN) 7:54 PM           Definitely want both

(UC) 7:55 PM                    1 at a time only

(MADSEN) 7:55 PM           Sister love is the best

(UC) 7:55 PM                    busy girls 2nite

(MADSEN) 7:55 PM           Oh I gotcha

(MADSEN) 7:55 PM           Well, I don't mind waiting until you're both free

(UC ) 7:56 PM                   they dont play together

(MADSEN)   7:57 PM          Hmmm Well the younger of the two

3

| | |
|---|---|
| (UC) 7:59 PM | 14yo hh$140 what u lookin to do? |
| (MADSEN)  8:00 PM | I like back door Watersports Always use protection Need to voice verify And who are you, exactly? |
| (UC) 8:05 PM | stepdad helpin girls make $$ |
| (MADSEN) 8:09 PM | Okay well Send pics that ███████ I need to see if you're legit And, where would I go? |
| (UC) 8:10 PM | 18yo in ad but can send 14yo |
| (MADSEN) 8:11 PM | Yes pls |
| (UC) 8:13 PM | [MMS: View Picture 1] |
| (MADSEN) 8:14 PM | Excellent Now, one that's nsfw So I know you're for real & this isn't just a fantasy |
| (UC) 8:18 PM | don't send those kind cause I don't know u. not bout to get in trouble wit that |
| (MADSEN) 8:19 PM | Okay well I'm not going to walk into a trap So, pics or voice verify |
| (UC) 8:23 PM | hold sec. ill get her for a call |
| (MADSEN) 8:25 PM | K |
| (MADSEN) 8:34 PM | Well hey, fantasies are cool So yeah, nice chatting with you about just fantasies Nothing real |
| (UC) 8:37 PM | thanks for wasting my time |
| (MADSEN) 8:38 PM | Well, I kept waiting for a phone call? That never happened? |
| (UC)  8:38 PM | ready now |
| (MADSEN)  8:44 PM | [PHONE CALL RECORDING] |
| (UC) 8:49 PM | where im at is a bit difficult to get to so its easier to go to ████████████████. then call and ill direct u in |
| (UC) 8:51 PM | dont forget the rubbers |
| (MADSEN ) 9:04 PM | Okay I'm 5 mins from ████ |

4

| | | |
|---|---|---|
| (MADSEN )  9:05 PM | | Is she ready for me? |
| (UC)  9:05 PM | | when you get there call me ill talk you in |
| (UC)  9:06 PM | | yep |
| (MADSEN)  9:14 PM | | [PHONE CALL RECORDING] |

6.     On March 3, 2016, at 8:44 p.m. MADSEN called the UC phone and requested to speak to "Josie," the UC's girlfriend's 14 year old notional daughter. "Josie" was actually a HSI Special Agent. The call was recorded.  During the call,  MADSEN asked the SA if the "guy was her stepdad?" He said he wanted to come over to visit her. MADSEN asked her if she had done "it" before and that he did not know what experience she had.  MADSEN said he had told the stepdad (UC) that he "liked different doors and stuff" and asked if she was okay with that.  MADSEN also confirmed that she and her "sister" did not work together.  The SA purporting to be "Josie" asked MADSEN if he wanted to talk to her stepdad again. He indicated he did.  The UC again confirmed with MADSEN that "Josie" was 14 years old.  MADSEN asked the UC if he should come to her and the UC confirmed that he (MADSEN) would need to come to her because "Josie" was too young to travel.  The UC and MADSEN agreed on $140.00 for half an hour.

7.     On March 3, 2016, HSI Tampa conducted a records search for telephone number ███████ and obtained the following information:

Nathan MADSEN
Date of Birth: ██████
SS# ████████████
Phone Number: ████████
Vehicle Info: 2010 Silver 4-door Kia, Florida License Plate ████

8.     MADSEN arrived at the ████████████ at approximately 9:15 p.m. and met with the UC.  When MADSEN arrived, the UC noticed that MADSEN appeared nervous and was looking around.  The UC asked MADSEN if he brought condoms. MADSEN confirmed he had brought three.  MADSEN asked why the UC was doing this in a RV park because he usually does this in a hotel.  The UC explained that the RV was  better because it did not eat into the profits like a hotel.  MADSEN paid the UC $140.00 in cash.  The UC asked MADSEN not to rough her up or hit her because she had to go to school the next day.

9.     MADSEN was subsequently arrested and taken to the Tampa Police Department for an interview.  MADSEN was advised of his Miranda rights and agreed to speak with law enforcement.  MADSEN informed agents he accessed a website that advertises adult entertainment from his tablet at his house.  MADSEN told agents he then texted the phone number in the ad from his cellphone and began communication. MADSEN advised he went to an ATM and got $180.00 out, $140.00 of which was to pay for sex with the minor.  MADSEN stated he brought three condoms from his house and he has paid for sex four times in the past.

## CONCLUSION

10.     Based upon the above information, probable cause exists that Nathan

MADSEN has committed violations of 18 U.S.C. § 1591(a) sex trafficking of a minor

(patronizing and soliciting a minor for sex).  Thus, I respectfully request that this court

authorize a criminal complaint and arrest warrant for Nathan MADSEN.

Jason Hitchcock, Special Agent
Homeland Security Investigations


Sworn to and subscribed before me
this _4TU_ day of March, 2016.

ELIZABETH A. JENKINS
United States Magistrate Judge


T:\_Cases\Criminal Cases\M\MADSEN, Nathan_2016R0pend_SBH\x_Complaint affidavit.doc