UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:16-cr-127-T-36TGW
18 U.S.C. § 2422(b)
NATHAN A. MADSEN 18 U.S.C. § 2252(a)(4)(B)

**SUPERSEDING INFORMATION**

The United States Attorney charges:

**COUNT ONE**

From a date unknown, but at least from on or about May 2015, through and including on or about July 5, 2015, in the Middle District of Florida, and elsewhere, the defendant,

NATHAN A. MADSEN,

using a facility and means of interstate and foreign commerce, that is, the Internet, via a cellular telephone and computer, did knowingly persuade, induce, entice, and coerce Z.J., an individual who had not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense, that is, Production of Child Pornography, in violation of 18 U.S.C. §§ 2427 and 2251.

In violation 18 U.S.C. § 2422(b).

## COUNT TWO

From an unknown date, but at least as early as on or about June 15, 2015, and continuing through on or about March 9, 2016, in the Middle District of Florida, and elsewhere, the defendant,

NATHAN A. MADSEN,

did knowingly possess a matter which contained a visual depiction that had been shipped or transported in and affecting interstate and foreign commerce by any means, including by a computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE

1. The allegations contained in Count One of this Superseding Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 2428(b).

2. Upon conviction of the violations alleged in Count One of this Superseding Information, the defendant,

NATHAN A. MADSEN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(b), all of his right title, and interest in:

a. any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

b. any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. Upon conviction of the violations alleged in Count Two of this Superseding Information, the defendant,

NATHAN A. MADSEN,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253, all of his right, title, and interest in:

a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of 18, U.S.C. §§ 2251 through 2258;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4. The property to be forfeited includes, but is not limited to, the following:

1. Samsung Model SM-G530T1, IEMI: 359130/06/130620/7;

2. 2010 Kia Soul, VIN number KNDJT2A23A7702670;

3. Samsung Galaxy Core Prime Cellular Telephone, Model: SM-S820LC(GP), IMEI 990005774434717;

4. LG Cellular telephone, Model: LGL34C, serial no. 407CYKJ0795789;

5. One Lexar SD card;

6. One San Disk SD card;

7. HP Pavilian desk top tower, p6821 pb, serial no. 3CR1210HXR;

8. Samsung Tablet, Model: SM-T330NU, serial no. R52G31VFT4A; and

9. CDR discs.

5. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2428(b) and 28 U.S.C. § 2461(c).

A. LEE BENTLEY, III
United States Attorney

By: ______________________
Lisa M. Thelwell
Assistant United States Attorney

By: ______________________ for
Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

L:_Cases\Criminal Cases\M\MADSEN, Nathan_2016R00516_SBH\Superseding\p_Superseding Information.docx